**DENIED and Opinion Filed July 14, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00674-CV**

**IN RE EMMY BACKUSY, Relator**

**Original Proceeding**
**Dallas County, Texas**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Breedlove
Opinion by Justice Breedlove

Before the Court is relator's July 10, 2023 petition for writ of mandamus. Relator asks this Court to compel "the District Clerk or his Deputies" to docket relator's petition for dissolution of marriage, contending he filed the petition with the 256th Family Court of Dallas County, Texas in November 2022.

Relator's petition does not comply with the Texas Rules of Appellate Procedure in numerous respects. *See* TEX. R. APP. P. 52.1, 52.3(a)–(c), (d)(1)–(3), (f)–(h), (j), (k)(1)(A), 52.7(a)(1). Among other defects, the petition is not certified, *see* TEX. R. APP. P. 52.3(j), and the petition is not supported by a record or appendix, *see* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1). Thus, relator's petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of

mandamus relief. *See In re Jones*, No. 05-23-00492-CV, No. 05-23-00493-CV, 2023 WL 4101440, at *1 (Tex. App.—Dallas June 21, 2023, orig. proceeding) (mem. op.); *see also In re Salinas*, No. 05-23-00544-CV, No. 05-23-00545-CV, 2023 WL 4101439, at *1 (Tex. App.—Dallas June 21, 2023, orig. proceeding) (mem. op.).

Accordingly, we deny relator's petition for writ of mandamus.

Additionally, relator's petition contains unredacted sensitive data, including a minor's full name, in violation of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a)(3), (b); *see also* TEX. R. APP. P. 9.9(a)(3), (b). Accordingly, we strike relator's petition.

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE

230674F.P05